March 17, 1911.) Action by Anna P. Williams against Adrian H. Joline and others, as receivers, etc. No opinion. Application denied, with $10 costs. Order signed. See, also, 126 N. Y. Supp. 417.

WILLSON, Respondent, v. FAXTON, WILLIAMS & FAXTON, Appellants. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Fannie E. Willson against Faxton, Williams & Faxton. No opinion. Motion to amend decision (138 App. Div. 359, 122 N. Y. Supp. 778) denied.

WINN et al., Respondents, v. JACOBS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Willis H. Winn and another against Louis Jacobs and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

WIRSING v. SAUER. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Peter F. Wirsing against John Sauer. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 127 N. Y. Supp. 1150.

WITTE, Appellant, v. KOERNER, Respondent. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Action by Alexis Witte against Elizabeth Koerner. PER CURIAM. Judgment reversed, and new trial granted, costs to abide the final award of costs, upon the ground that, the court having found as a fact that there was and is no access to the premises over any public highway and that there is no public highway adjoining the premises, the conclusion of law dismissing the complaint is inconsistent therewith. See, also, 123 App. Div. 824, 108 N. Y. Supp. 560.

WOOD, Respondent, v. ORDWAY, Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Eugene S. Wood against Portus R. Ordway. See, also, 63 Misc. Rep. 181, 118 N. Y. Supp. 422.

PER CURIAM. Judgment affirmed, with costs.

HOUGHTON, J., dissents.

WOOD et al., Respondents, v. WISE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March, 28, 1911.) Action by Wilbur B. Wood and another against Charles C. Wise and another. No opinion. Motion for stay granted, on condition that within 10 days defendants file security in the sum of $5,000; otherwise, motion denied, with $10 costs.

In re WORKMAN. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) In the matter of the application of Henry C. Workman, for admission to the bar. No opinion. Application granted.

YABLONSKY, Appellant, v. FISHKIN, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Abraham Yablonsky against Max Fishkin. No opinion. Order of the Municipal Court affirmed, with costs.

ZIEGLER v. FRIEDMAN & GORDON IRON WORKS. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Andrew Ziegler against the Friedman & Gordon Iron Works. No opinion. Application denied, with $10 costs. Order signed. See, also, 127 N. Y. Supp. 457.

PEOPLE v. FIELDS. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Proceeding by the People of the State of New York against Lizzie Fields. No opinion. See memorandum. See, also, 128 N. Y. Supp. 1138.

END OF CASES IN VOL. 128.

*